**Hearing Date and Time: November 30, 2017, at 2:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: November 16, 2017, at 2:00 p.m. (prevailing Eastern Time)**

Andrew K. Glenn
Paul M. O'Connor III
Matthew B. Stein
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for Tarek Investments Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------x

In re                                                          :
                                                               :          Chapter 7
                                                               :
Peak Hotels and Resorts Group Limited,     :
                                                               :          Case No. 17-12813 (SCC)
                              Debtor.              :
----------------------------------------------------x

## <u>AMENDED NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on October 13, 2017, Tarek Investments Limited

filed a *Motion to Dismiss the Chapter 7 Case of Peak Hotels and Resorts Group Limited* (the

"<u>Motion</u>").

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion

will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the

Southern District of New York (the "<u>Bankruptcy Court</u>"), on **November 30, 2017, at 2:00 p.m.**

**(prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must

(i) be in writing, (ii) state the name and address of the objecting party, (iii) state with

particularity the basis and nature of the objection, (iv) conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York

(the "Local Rules"), and (v) be filed, together with proof of service, with the Bankruptcy Court

(a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance

with General Order M-399 (which can be found at http://www.nysb.uscourts.gov) and (b) by all

other parties in interest, in text-searchable portable document format (PDF) (with a hard copy

delivered directly to Chambers (as defined below)), in accordance with the customary practices

of the Bankruptcy Court and General Order M-399, and served in accordance with General

Order M-399 upon each of the following:  (i) the chambers of the Honorable Shelley C.

Chapman ("Chambers"), One Bowling Green, New York, New York 10004, 6th Floor; (ii)

counsel to Tarek Investments Limited, Kasowitz Benson Torres LLP, 1633 Broadway, New

York, New York 10019, Attn:  Andrew K. Glenn and Matthew B. Stein; (iii) the Office of the

United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New

York, New York 10004; and (iv) the Chapter 7 trustee, Yann Geron, Reitler Kailas & Rosenblatt

LLC, 885 Third Avenue, 20th Floor, New York, NY 10022, so as to be actually received no later

than **November 16, 2017 at 2:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

Only those responses or objections that are timely filed, served, and received will be considered

at the hearing.

PLEASE TAKE FURTHER NOTICE that if a written objection to the Motion is not

received by the Objection Deadline, the Bankruptcy Court may deem any opposition waived,

treat the Motion as conceded, and enter an order granting the relief requested in the Motion

without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the

Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: October 16, 2017
New York, New York

KASOWITZ BENSON TORRES LLP

By: /s/ *Andrew K. Glenn*
Andrew K. Glenn (aglenn@kasowitz.com)
Paul M. O'Connor III (poconnor@kasowitz.com)
Matthew B. Stein (mstein@kasowitz.com)
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Tarek Investments Limited*