# BakerHostetler

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 6, 2017

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

**VIA ECF AND EMAIL
(SCC.CHAMBERS@NYSB.USCOURTS.GOV)**

The Honorable Shelley C. Chapman
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *Case No. 17-12811 (SCC)*
      *Case No. 17-12813 (SCC)*

Dear Judge Chapman:

Last week our firm was retained to represent Lightray Imaging Inc. ("Lightray"), creditor of chapter 11 debtor, Aman Resorts Group Limited (Case No. 17-12811), and chapter 7 debtor, Peak Hotels and Resorts Group Limited (Case No. 17-12813). Lightray intends to oppose the motions to dismiss Tarek Investments Limited ("Tarek") and Aman Resorts Group Limited ("ARGL" and together with Tarek, the "Moving Parties") filed in Case No. 17-12811, ECF No. 39; and Tarek filed in Case No. 17-12813, ECF No. 91 (the "Motions").

In light of our firm's recent retention, we requested consent from the Moving Parties' counsel, Kasowitz Benson Torres LLP, to a two-week extension of our time to respond to the Motions, and a corresponding two-week adjournment of the November 30, 2017 hearing. The Kasowitz firm would consent only to a four-day extension of the response date, provided we did not seek an extension of the hearing date from the Court. We agree.

Accordingly, with the Moving Parties' consent and in compliance with Your Honor's rules, we write to ask the Court to grant Lightray's request to extend the time to respond to the Motions from November 16, 2017 to November 20, 2017.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

The Honorable Shelley C. Chapman
November 6, 2017
Page 2

The consideration of the Court is greatly appreciated.

Respectfully,

*Geraldine E. Ponto*
Geraldine E. Ponto

cc: Mr. Andrew Glenn, Esq. (via email)
    Counsel of Record (via ECF)